FILED ___ LODGED
___ RECEIVED

AUG 30 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Magistrate Judge

04-CR-05384-ORD

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR04-5384 |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL (PRETRIAL DIVERSION) |
| KATHERINE L. COLE, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information in the above-captioned case against KATHERINE L. COLE. The defendant has successfully completed the Pretrial Diversion Program.

DATED this 29th day of August, 2005.

Respectfully submitted,

JOHN McKAY
United States Attorney

BARBARA J. SIEVERS
Assistant United States Attorney

Leave of Court is GRANTED for the filing of the foregoing dismissal.

DATED this 30 day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL/PRETRIAL DIVERSION — 1
CR04-5384; KATHERINE L. COLE

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970